**IN THE UNITED STATES DISTRICT COURT**
**THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

| | | |
|---|---|---|
| JOSEPH KAPUCHUCK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number: 5:26-cv-00112 |
| | ) | |
| ROCKINGHAM COUNTY SCHOOL BOARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO ALL DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, Joseph Kapuchuck, by counsel, comes before the Court to file his Opposition to Defendants' Motions to Dismiss.

On November 9, 2026, Defendants Rockingham County School Board, Ashley Burgoyne, Hollie Cave, Sara Horst, Jackie Lohr — certain members of the Rockingham County School Board — and Larry Shifflett, Superintendent of Rockingham County Schools, filed a Motion to Dismiss and a supporting Memorandum (Dkt. Nos. 12, 13). On November 9, 2026, Matthew Cross — a former member of the Rockingham County School Board — filed a Motion to Dismiss and a supporting Memorandum (Dkt. Nos. 14, 15).

On November 23, 2026, Plaintiff Kapuchuck filed a First Amended Complaint (Doc. No. 17), as permitted by Federal Rule of Civil Procedure 15(a)(1)(B). As the Amended Complaint supersedes the original Complaint, the pending Motions to Dismiss are rendered moot. *Young v. City of Mt. Rainier*, 238 F.3d 567, 572 (4th Cir. 2001); *Jones-El v. Wright*, No. 2:16cv502, 2017 U.S. Dist. LEXIS 225005 (E.D. Va. Mar. 13, 2017); *Halim v. Virginia Commonwealth, et al.*, No. 3:20cv83 (E.D. Va. June 9, 2020).

For these reasons, Plaintiff Kapuchuck requests that the Motions to Dismiss be denied as moot.

Respectfully submitted,

JOSEPH KAPUCHUCK

*/s/ Brittany M. Haddox and Monica Mroz*

Brittany M. Haddox (VSB No. 86416)
HADDOX LAW
1203 Texas Street
Salem, VA 24153
Phone: 540-765-4284
Email: brittany@haddox.law

Monica L. Mroz (VSB No. 65766)
MONICA MROZ LAW, LLC
PO Box 3189
Roanoke, Virginia 24015
Phone: (540) 810-4745
Email: monica@mroz.legal

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November 2026, the foregoing was filed using the Court's CM/ECF system, which sent notice of the same to all counsel of record.

*/s/ Brittany M. Haddox and Monica Mroz*