CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
11/24/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JOSEPH KAPUCHUCK, | ) | Civil Action No.: 5:26-cv-00112 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROCKINGHAM COUNTY SCHOOL BOARD, *et al.*, | ) | By: Hon. Thomas T. Cullen<br>United States District Judge |
| Defendants. | ) | |

---

On August 25, 2026, Joseph Kapuchuck filed this civil action against Defendant Rockingham County School Board and several individual defendants. (ECF No. 1.) On November 23, 2026, Kapuchuck filed an amended complaint as a matter of course. (ECF No. 17.) Because an amended complaint "supersedes those that came before it," *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021), the dispositive motions filed by the defendants in response to the original complaint, (ECF Nos. 12, 14), are **DISMISSED** without prejudice as moot.

The Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 24th day of November, 2026.

[signature]

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE